You're asking for a piece of court. My name is Jeremy Eaton, and I represent the office of Robert C. Buckner. I'm going to serve you minutes on how to do it. I'm going to tell you how to do it, and I'm going to talk to you in a few minutes. I'm going to tell you how to do it, and I'm going to talk to you in a few minutes. Subsequent to this court, the interpreters call you on an H.C.C. I mean, that's what it's referred to. But it doesn't serve any more of any H.C.C. So there's full value to all the H.C.C.s. All of them are active C.R.E.P.R.s. The C.R.E.P.R. cases analysis and consideration process has been very long running. Again, indicating that it's been two years since the low value cases, and currently it's the C.R.E.P.R.s. And finally, they were heated. This analysis means indicating that all the evidence under this non-digitalized period were going to be fairly relevant. And it's clearly a disaster. I'm sorry to interrupt you. I think it's just a very unrealistically concurrent test to determine whether or not the person needs this. As long as it's cooperating with the evaluator or is trying to see the results, then they're going to do it. I just have a question. This gives the education that I want. I just need some personal experience. I'm not so much interested in the work that I do. My question is, then to test them on a regular basis would be really good, but every time the test is administered, it would matter whether it was before or after 18, would it? There should be an evaluation of whether the person is cooperating even less than she is. Do you understand that? Clearly not. And that's part of why we're not doing course-based things. It's constantly a disregard. Because they're indicating that they're going to disregard the case and then they're not doing it consistently. That's just the way it is. It has to disregard the age of the person. They're going to be familiar. And then they just record it just as a good thing, and that your claim wasn't enduring. And then as you record the term, that's what they should do. So they're going to get out of that. Or what should they do? What are we doing with this? Because if I may have to point out something. I'm going to go down this record. I'm going to be reading the record as it is. So I'm going to clarify. So between all the laws of access, I heard age 62, and here's a difference between what's successful and what's not. They were writing more over as a device, meaning what I choose to record as books, or as a whole, how you're determining whether or not it's working for me. So this gets covered in law. It's the same as how it's established after you have reached 18 years of age. So although the Supreme Court did all the other amendments that seem to be providing a funding opportunity, they're telling people, if you stay for the same password for five years, you're going to be able to use your card for something different. Okay. So I do agree with that. I mean, I've read that. It seems to me that, essentially, if it were to serenity, it's the same thing that we're just doing. Okay. I have a question. You mentioned something about that, that he was wondering which would be the penalty, not only the expert test that is certified by the agency, but also the defense experts, and whatnot. He's saying that it's a request, but at the time, it's always just for a little penalty, because he was thinking about the fact that he was wondering. I think it's, I mean, he gives a straight Irish reading. Absolutely. Well, let me ask you this. In your reading, is it correct that one of these terms that we infer, that a court sees discrimination, and therefore, the law might be that you need to put it in two columns, and then three, of the individual decision to be assessed? Or individual decision to be scored? If such, then you have to establish all three columns, and your individual decision to be assessed? Yes, Your Honor, I just want to talk to you about something else. Your Honor, I just want you to think of yourself as an ambassador for a court, or that this was an inquiry, and therefore, you're so liable. Why shouldn't you just affirm it, and go in that way, and then, as a follow-up examination, can you justify being able to establish all three columns of the suit, that you asked to establish, in order to award relief under an injunction? It's simple. That's all that matters to me, Your Honor. Yes. Yes. So, if, if, if, if, if, if, if, if, if, if, if, if, if, if, if, if,      if, if, if, if, if, if. It belongs to us.
judges: Silverman, Tallman, Clifton